# ZUCKER & REGEV, P.C.
186 JORALEMON STREET
SUITE 1010
BROOKLYN, NEW YORK 11201

GARY A. ZUCKER, J.D.        TEL. (718) 624-1211
GUY S. REGEV, M.D., J.D.        FAX: (718) 624-6037
AARON M. SER, J.D.        contact@zucker-regev.com

VIA ECF

April 29, 2021

> Application granted. Submission of scheduling order due June 15, 2021 and the initial conference is adjourned to June 28, 2021 at 11:00 a.m. Call-In: 1-888-363-4749, Access Code: 3667981.
> SO ORDERED.
> Dated: 4/30/2021
> P. Kevin Castel
> United States District Judge

Judge P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

RE: Kaufman v. USA
Docket No. 1:21-cv-00810-(PKC)

Dear Judge Castel,

    My firm represents the plaintiff in the above-entitled action. The submission of the Scheduling Order is due May 1, 2021 and a conference is scheduled for May 6, 2021. There is a parallel action in the New York State Supreme Court, Rockland County, Index No. 031070/2020, and today the defendants in said action consented to a discontinuance without prejudice and to be joined as defendants in this action pursuant to supplemental jurisdiction. We will now be filing an amended complaint which all counsel have agreed to accept on behalf of their clients.

    Accordingly, I respectfully request that the date for submission of the Scheduling Order conference be adjourned for 45 days to June 15, 2021 and June 22, 2021, respectively, in order to allow for amendment of the complaint and joinder of all parties.

    My associate has spoken with Assistant US Attorney Ilan Stein and he has consented to this application.

                              Very Truly Yours,

                              Gary A. Zucker (GZ4956)

CC: AUSA Ilan Stein